No. 119. CANTER ET AL. *v.* RAMSEY ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frank Aranow, William E. Leahy,* and *William J. Hughes, Jr.* for petitioners. *Mr. Joseph Fairbanks* for respondents.

No. 121. CORRAL, WODISKA Y CA. *v.* ANDERSON, THORSON & Co. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Silas H. Strawn, K. I. McKay* and *Harold A. Smith* for petitioner. *Messrs. Justus Chancellor* and *James A. O'Callaghan* for respondents.

No. 122. STEINTHAL *v.* ARLINGTON SAMPLE BOOK Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry Langsam* for petitioner. *Messrs. Daniel C. Donoghue* and *Walter T. Fahy* for respondent.

No. 123. GROSS ET AL. *v.* SAGINAW BROADCASTING Co. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Arthur W. Scharfeld* for petitioners. No appearance for respondent.

No. 124. ROGERS OIL & GAS Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 125. GRISON OIL CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit of Appeals for the